1  Joshua B. Swigart (SBN 225557)
2  Josh@SwigartLawGroup.com
   **SWIGART LAW GROUP, APC**
3  2221 Camino del Rio S, Ste 308
4  San Diego, CA  92108
   P: 866-219-3343
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 | PHILLIP BLOWER,                  | Case No.  3:19-cv-02270-BAS-LL
12 |         Plaintiff,               | **JOINT MOTION TO STAY PROCEEDINGS**
13 |     v.                           |
14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |
15 |                                  |
16 |         Defendant.               |
17
18     The parties jointly move this court to stay proceedings in this case.  On July 6,
19 2020 the Supreme Court rendered its decision in *Barr v. American Association of
20 Political Consultants ("AAPC")*, No. 19-631, 2020 WL 3633780 (July 6, 2020).  On
21 July 9, 2020, the Supreme Court granted Facebook, Inc.'s petition for a writ of
22 certiorari in *Facebook, Inc. v. Duguid*, No. 19-511, *see* No. 19-511, 2020 WL
23 3865252 (U.S. July 9, 2020), specifically as to the question "[w]hether the definition
24 of ATDS in the TCPA encompasses any device that can 'store' and 'automatically
25 dial' telephone numbers, even if the device does not 'us[e] a random or sequential
26
27
28

number generator.'"  Petition for Writ of Certiorari at ii, *Facebook, Inc.*, No. 19-511 (U.S. Oct. 17, 2019).  This is a question critical to Plaintiff's Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") claim and Portfolio Recovery Associates, LLC's ("PRA") defense of the same.

Additionally, Plaintiff's counsel and PRA have agreed to participate in mediation of a number of related cases, which include approximately fifty-four (54) related pending matters (including the case at hand), all of which involve similar allegations that PRA used an automatic telephone dialing system ("ATDS") to place telephone calls to a cellular telephone without prior express consent.  These cases are currently pending in Judicial Arbitration Mediation Services ("JAMS"), American Arbitration Association ("AAA"), and the United States District Court for the Southern District of California.

///

///

///

///

///

///

///

///

WHEREFORE, the Parties respectfully request the Court stay proceedings in this case pending the Supreme Court's final disposition in *Facebook, Inc. v. Duguid*, No. 19-511.

Date:  July 22, 2020            **SWIGART LAW GROUP**

By:  s/*Joshua Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

Attorneys for Plaintiff

Date:  July 22, 2020            **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:  s/*Jessica Lohr*
Jessica Lohr, Esq.
Jessica.lorh@Troutman.com

Attorney for Respondent Portfolio Recovery Associates, LLC

## CERTIFICATION OF APPROVAL OF CONTENT

I, Joshua B. Swigart, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Stipulation and Proposed Order to Stay, and that I have obtained authorization from Jessica Lohr, counsel for Portfolio Recovery Associates, LLC for use of her electronic signature on the Stipulation.

Date:  July 22, 2020

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

Attorney for Plaintiff