# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BLOWER,<br><br>                          Plaintiff,<br>  v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                        Defendant. | Case No.  19-cv-02270-BAS-LL<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**<br><br>**[ECF No. 23]** |

Plaintiff commenced this action on November 26, 2019 alleging, *inter alia*, violations of the Telephone Consumer Protection Act ("TCPA").  (ECF No. 1.)  At the core of the TCPA dispute is whether Defendant used an automatic telephone dialing system ("ATDS") to place telephone calls to a cellular telephone without prior express consent.

The Supreme Court recently granted a petition for certiorari in *Facebook, Inc. v. Duguid*, in which the Court has been asked to "[w]hether the definition of ATDS in the TCPA encompasses any device that can 'store' and 'automatically dial' telephone numbers, even if the device does not 'us[e] a random or sequential number generator.'" *See* Pet. for Writ of Cert. at ii, *Facebook, Inc.*, No. 19-511 (U.S. Oct. 17, 2019).

The parties represent that this question is central to the dispute in the instant case and thus jointly request a stay until the Supreme Court issues a decision in *Facebook.*

(ECF No. 23.) The parties also agree, in the interim, to participate in a mediation of this case as one of 54 related matters against Defendant pending in Judicial Arbitration Mediation Services, before the American Arbitration Association, and in the United States District Court for the Southern District of California. (*Id.*)

Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 23) and **ORDERS** as follows:

1. All proceedings in this action are stayed pending the decision of the Supreme Court of the United States in *Facebook, Inc. v. Duguid*, No. 19-511 (July 9, 2020).

2. The parties shall provide the Court with a Stipulation and Proposed Order regarding remaining case management deadlines within fourteen (14) days of the Supreme Court's decision in *Facebook*.

3. The stay may be lifted at any time by order of the Court.

4. Should the parties reach a settlement agreement, the parties will promptly file a joint motion to dismiss.

**IT IS SO ORDERED.**

**DATED: July 23, 2020**

Hon. Cynthia Bashant
United States District Judge